**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LAKETA DAWN BRADFORD,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No. 3:15-CV-1428-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on June 22, 2015, recommending that the court summarily dismiss this action as frivolous. As of the date of this order, Plaintiff has not filed any objections.

Plaintiff has filed a supplemental document and provided "additional information [to be] added to my case file." Pl.'s Supplement (Doc. 10), filed June 25, 2015. The supplemental document describes verbal threats directed toward Plaintiff, states that she is a rape victim, discusses her interactions with her psychologists and counselors, and also provides a list of different institutions, such as the Genesis Battered Women Shelter and Duncanville Church of Christ, but it does not fully explain the significance of this list. This document does not mention the magistrate judge's Report, and the court determines that it does not affect the magistrate judge's recommendation.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the magistrate judge's findings and conclusions

are correct, and **accepts** them as those of the court.   Accordingly, the court summarily **dismisses**

**with prejudice** Plaintiff's Amended Complaint (Doc. 8), filed June 2, 2015.

The court prospectively **certifies** that any appeal of this action would not be taken in good

faith.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. 24(a)(3).   In support of this certification, the court

**accepts and incorporates** by reference the Report and the court's order accepting the Report.  *See*

*Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).   Based on the foregoing orders, the

court concludes that any appeal of this action would present no legal point of arguable merit and

would therefore be frivolous.  *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).   In the event of

an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma*

*pauperis* on appeal with clerk of the United States Court of Appeals for the Fifth Circuit.  *See Baugh*,

117 F.3d at 202; Fed. R. App. P. 24(a)(5).   In the event that Plaintiff files a notice of appeal, she

must pay the $505 appellate filing fee or submit a motion to proceed *in forma pauperis* ("IFP"),

unless she has been granted IFP status by the district court.   The court will issue a judgment in a

separate document pursuant to Federal Rule of Civil Procedure Rule 58(a).

**It is so ordered** this 17th day of July, 2015.

*Sam A. Lindsay*

Sam A. Lindsay
United States District Judge

**Order - Page 2**